Wendy M. Krincek, Esq.
Nevada Bar No. 6417
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
wkrincek@littler.com

Luke Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501.1944
Telephone:   775.348.4888
Facsimile:    775.786.0127
lmolleck@littler.com

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN FROBY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLEY HEALTH SYSTEM LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 2:26-cv-00598-CDS-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff JUSTIN FROBY ("Plaintiff") and Defendant VALLEY HEALTH SYSTEM LLC ("Defendant"), by and through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of April 3, 2026, up to and including April 17, 2026.

The Parties agree that the requested extension is reasonable and necessary because counsel for the Defendant has recently been retained and still investigating the factual allegations in the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

is made in good faith and not for the purpose of undue delay.

Dated: April 1, 2026

Respectfully submitted,


/s/ Matthew T. Hale
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
John M. Orr, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
JUSTIN FROBY

Dated: April 1, 2026

Respectfully submitted,


/s/ Luke W. Molleck
Wendy M. Krincek, Esq.
Luke W. Molleck, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM LLC


**IT IS SO ORDERED.**

Dated:  April 1, 2026

UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800