**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Justin Froby,

      Plaintiff(s),

v.

Valley Health System LLC,

      Defendant(s).

Case No. 2:26-cv-00598-CDS-EJY

**Order**

Given the parties' arbitration agreement, *see* Docket No. 10, an early neutral evaluation will not be held in this case, *see* Docket No. 5; *see also* Local Rule 16-6(c) ("The evaluating magistrate judge has final authority to . . . exempt any case from early neutral evaluation on the judge's own motion. These orders are not appealable"). Accordingly, the Court INSTRUCTS the Clerk's Office to remove the ENE flag from the docket and to remove the undersigned as the settlement judge.

    IT IS SO ORDERED.

    Dated: April 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1